**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.   13 CR 339-1 |
| | ) | |
| **John D. Terzakis,** | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Status hearing held on 1/8/2016.   Government's oral motion to dismiss the indictment against Defendant Terzakis is granted.   Because Mr. Terzakis is in custody on other charges, he is not to be released at this time.

ENTER:

*[signature]*

Dated: January 8, 2016

REBECCA R. PALLMEYER
United States District Judge

(T:00:02)